IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02172-REB-OES

RICHARD CARBONNEAU,

Plaintiff,

v.

MASCO CONTRACTOR SERVICES CENTRAL, INC.
D/B/A ACADEMY INSULATION

Defendant.
_____

**ORDER**
_____

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

Thomas H. Terry and Lee T. Judd, counsel of record for the plaintiff, have filed a motion to withdraw as his attorneys.  The motion is in compliance with D.C.COLO.LCivR 83.3(D), and plaintiff has been directed by the court, under Minute Order dated January 12, 2006, to file a response to the motion on or before January 20, 2006.  No response, or request for extension of time to respond, has been filed by the plaintiff.  The motion represents that defendant has not yet been served in this action, and the record contains no evidence of service having been made or any appearance on behalf of the defendant having been made in any manner.

Accordingly, it is hereby **ORDERED** that the Motion To Withdraw [Filed January 9, 2006; Docket #4] is **GRANTED**.  Thomas H. Terry (The Law Office of Stephen H. Swift, P.C.) and Lee T. Judd (Andrew T. Brake, P.C.) are hereby permitted to withdraw as attorneys from this case and shall have no further responsibility for it.

Further, it is hereby **ORDERED** that all proceedings in this case be stayed until February 26, 2006, to allow plaintiff to obtain alternate counsel.  Finally, it is **ORDERED** that plaintiff shall have until and including February 26, 2006, to complete service of process of the Complaint and Summons in this action.

Dated at Denver, Colorado, this 25th day of January, 2006.

BY THE COURT:

s/ O. Edward Schlatter
O. Edward Schlatter
United States Magistrate Judge