**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02172-REB-MEH

RICHARD CARBONNEAU,

   Plaintiff,

v.

MASCO CONTRACTOR SERVICES CENTRAL, INC., d/b/a ACADEMY INSULATION,

   Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the Recommendation of the United States Magistrate Judge [#10], filed March 23, 2006. The Magistrate Judge recommends that plaintiff's claims in this action made against the defendant, Masco Contractor Services Central, Inc., d/b/a Academy Insulation, be dismissed without prejudice.

Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Haines v. Kerner**, 104 U.S. 519-21 (1972); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff has not filed any objections to the recommendation. Absent objections to the recommendation, the court is vested with discretion to review the recommendation under any standard the court deems to be appropriate. **See, e.g., Summers v. Utah**, 927 F.2d 1165, 1167 (10th Cir. 1991). Thus, I review it only for plain error. **See Morales-Fernandez v. Immigration &**

***Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  The recommendation is detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation for Dismissal** [#10], filed March 23, 2006, for failure to prosecute is **APPROVED AND ADOPTED** as an order of this court; and

2.  That this action **IS DISMISSED** without prejudice.

Dated August 7, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.